UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | |
| | : | **CR 07-121-01ML** |
| (1) LEI JIN, | : | In violation of 18 U.S.C. §§ 2, 371, |
| (2) GENESCIENCE PHARMACEUTICAL CO., Ltd., | : | 545, 1956(a)(2)(A); 21 U.S.C. |
| (3) JEFFREY J. ROCK, alias GAVIN KANE, | : | §§ 331(d), 355, 333(e) |
| (4) ANDER JAA, alias ANDERSON JEFFERSON, and | : | |
| (5) DAVID GARCIA, | : | |

**NOTICE OF APPEARANCE**

Patricia K. Rocha of Adler Pollock & Sheehan P.C. hereby enters her appearance on behalf of GeneScience Pharmaceutical Co., Ltd. in the above-entitled matter.

/s/ Patricia K. Rocha

PATRICIA K. ROCHA (#2793)
procha@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: April 9, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2008, I served a true copy of the within Notice of Appearance *via electronic means (ECF)* on Adi Goldstein, Assistant U.S. Attorney and Stephen G. Dambruch, Chief, Criminal Division, at the United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ Patricia K. Rocha

*450823_1.doc*